UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

        Plaintiff,

  vs

Hafed Saleh Muharam, et al., and Does 1-10,

        Defendants

Case No. 2:15-CV-00171-KJM-DAD
ORDER ON STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND ORDER THEREON

Having read the foregoing stipulation, and good cause appearing, the default against defendant Cal Park Spirits, Inc. on July 16, 2015 is hereby vacated. Defendant Cal Park Spirits, Inc. is to file the answer to the first amended complaint within 10 days of this order.

Dated: August 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

Order